UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS VEGA,<br>    Plaintiff,<br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:18-cv-08293-JDE<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 11, 2019

JOHN D. EARLY
United States Magistrate Judge